UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

RONALD T. WILLIAMS )
)
v. ) NO. 2:09-CV-283
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security )

**O R D E R**

This Social Security matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated January 4, 2011. In that Report and Recommendation, the Magistrate Judge recommends that the plaintiff's motion for summary judgment, [Doc. 8], be granted insofar as it seeks a remand, and defendant's motion for summary judgment, [Doc. 10], also be granted insofar as it suggests a remand, but otherwise be denied. Neither party has filed objections to this recommendation. Thus, after careful consideration of the record as a whole, including the Administrative Transcript, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it

1

is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, [Doc. 12], that the plaintiff's motion for summary judgment, [Doc. 8], is **GRANTED** insofar as it seeks a remand, and that defendant's motion for summary judgment, [Doc. 10], is **GRANTED** insofar as it suggests a remand, but is otherwise **DENIED**.  It is further **ORDERED** that this case is **REMANDED** for further evaluation of the plaintiff's physical capabilities and mental limitations.

E N T E R:

s/J. RONNIE GREER<br>UNITED STATES DISTRICT JUDGE